

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 8, 2024

**BY ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Reality Lucas,* 24 Cr. 143 (AS)

Dear Judge Subramanian,

    The parties write to request a thirty-day adjournment of the status conference scheduled for May 16, 2024 at 2:00 p.m. in the above referenced matter. The Government needs additional time to complete its production of documents, and the defendant needs additional time to review those documents.

    Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue their negotiations. Defense counsel consents to this request.

The status conference in this case is hereby adjourned to June 18, 2024, at 3 PM.

Without objection, the time between May 16, 2024 and June 18, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice as it would allow the parties to continue their negotiations.

The Clerk of Court is directed to terminate the motion at ECF No. 15.

SO ORDERED.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Date: May 10, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    <u>Camille L. Fletcher</u>
       Camille L. Fletcher
       Assistant United States Attorneys
       Southern District of New York
       (212) 637-2383