UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -against- | 24-cr-143 (AS) |
| REALITY LUCAS, | SCHEDULING ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for December 5, 2024, is RESCHEDULED to **December 13, 2024** at **4:00 PM**.

SO ORDERED.

Dated: November 21, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge