**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 3, 2024

**Via ECF and Email**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Reality Lucas**
   **24 Cr. 143 (AS)**

Dear Judge Subramanian,

  I write to respectfully request that the Court adjourn Mr. Lucas's sentencing, which is currently scheduled for December 13, 2024, for one week. The requested adjournment would enable me and my defense team to complete our pre-sentence work and prepare our sentencing papers for the Court.

  The government, by Assistant United States Attorney Camille Fletcher, has no objection to this request. Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Lucas
212-417-8729

The sentencing will now be held on **December 20, 2024 at 2:00 PM**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 32.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: December 4, 2024