

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 13, 2024

**BY ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Reality Lucas,* 24 Cr. 143 (AS)

Dear Judge Subramanian,

    The Government writes to request a two-day extension to file its sentencing submission, which is due today, December 13, 2024. The Government would instead file its submission on Sunday, December 15, 2024. The defense consents to this request. We thank the Court for its consideration.

GRANTED *nunc pro tunc*. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 35.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: December 16, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    Camille L. Fletcher
       Camille L. Fletcher
       Assistant United States Attorneys
       Southern District of New York
       (212) 637-2383