

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 20, 2024

**BY ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Reality Lucas,* 24 Cr. 143 (AS)

Dear Judge Subramanian,

  The Government writes in response to the Court's Order dated December 19, 2024 (dkt. no. 41) regarding the parties' availability to hold a *Fatico*, supervised released, and sentencing proceeding. The Government has reached out to its potential witnesses and has heard from some but not all regarding their availability for the dates that the Court proposed in its Order. The Government understands however that the Probation Officer who is expected to testify is out of the office on the dates prior to January 6, 2025. The Government <u>requests until December 27, 2024, to confirm the availability of its witnesses to appear at the proceeding and to confer further with defense counsel regarding scheduling</u>. Defense counsel has indicated that she is available January 6-10, 2025.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

by: <u>Camille L. Fletcher  </u>
   Camille L. Fletcher
   Assistant United States Attorney
   Southern District of New York
   (212) 637-2383

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 42.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: December 23, 2024