

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 31, 2024

**By ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re: *United States v. Reality Lucas*, 21 Cr. 382 & 24 Cr. 143 (AS)**

Dear Judge Subramanian:

  The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies maintained by Probation, detailing Reality Lucas's supervision, and any other records and reports relating to the information contained in the March 21, 2024 Violation Report (the "Violation Report"), including records relating to drug testing of Mr. Lucas while on supervised release, be unsealed. A violation of supervised release and *Fatico* hearing is being scheduled for January 2025, and the Government understands that Probation has information relevant to the Specifications set forth in the Violation Report contained within their chronologies and records. In addition, the Government anticipates calling a Probation Officer to testify at the hearing.

  Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies and related records and reports in advance of the hearing.[1]

GRANTED. SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: January 2, 2025

            Respectfully Submitted,

            EDWARD Y. KIM
            Acting United States Attorney

         By: _____
            Adam Z. Margulies
            Assistant United States Attorney
            Julie Isaacson
            Special Assistant United States Attorney
            (212) 637-2345 / -2307

Cc: All Counsel of Record (via ECF)
   U.S. Probation Officer John Gomez (by email)

---

[1] Once in possession of the files, the Government will disclose them to the defense pursuant to the Government's obligations under Rule 32.1 of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500 and/or pursuant to the Government's obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150, 154 (1972).