UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　-against-<br><br>REALITY LUCAS,<br>　　　　　　　　　　Defendant. | 24-CR-143 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　　The Court addressed the issues raised in the motions at Dkts. 53 and 56 during the hearing held on January 15, 2025. The motions are therefore DENIED as moot.

　　　The Clerk of Court is respectfully directed to terminate the motions at Dkts. 53 and 56.

　　　SO ORDERED.

Dated: January 17, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge