UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>REALITY LUCAS,<br>      Defendant. | 24-cr-143 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  The Court issues this order to correct the judgment to include a recommendation that the defendant be designated to a facility other than the Metropolitan Detention Center (MDC) in close proximity to New York City. This recommendation was omitted from the judgment as it was not requested by the defense at or before sentencing, but it was subsequently requested without objection in the supervised-release proceeding in 21 Cr. 382 and was included in the judgment there. See Fed. R. Crim. P. 36. If further action from the Court is needed to effectuate this recommendation, the parties can inform the Court.

  SO ORDERED.

Dated: February 4, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge