UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -against-<br><br>REALITY LUCAS,<br>                                        Defendant. | 24-CR-143 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Government submitted a preliminary order of forfeiture for the Court's review in a letter-motion dated February 11, 2025. Dkt. 62. The Court then entered the order. Dkt. 63. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 62.

SO ORDERED.

Dated: February 18, 2025
       New York, New York

                                                          _____
                                                          ARUN SUBRAMANIAN
                                                          United States District Judge